# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MICHAEL JODY LEBLANC,
INDIVIDUALLY AND ON BEHALF
OF HIS MINOR CHILD, ALYSSA
LEBLANC, AND LINDSEY LEBLANC

VERSUS

BRIDGESTONE RETAIL
OPERATIONS, LLC B/B/A
FIRESTONE COMPLETE AUTO
CARE, MARVIN MCDANIEL,
SHELTER MUTUAL INSURANCE
COMPANY, AND PROGRESSIVE
PALOVERDE INSURANCE COMPANY

NO. 2025 CW 0860

SEPTEMBER 9, 2025

---

In Re:   Michael Jody LeBlanc, Et Al., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 705677.

---

BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.

WRIT DENIED.

SMM
BDE
WEF

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT